U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 0 3 2013

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA

v.                                    Criminal No. 3:13CR30003-001

ALBERTO SOLORZANO-MARTINEZ

## FINAL ORDER OF FORFEITURE

On May 21, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 16). In the Preliminary Order of Forfeiture,

1. Mossberg Model 702 .22 caliber rifle, S/N EFE236246
2. Hi-Point Model JCP .40 caliber pistol, S/N 751864
3. Any ammunition

was forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 26 U.S.C. §§ 5861(d) and 5872.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On July 9, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 21, 2013, shall become final at this time.

IT IS SO ORDERED this 3rd day of October, 2013.

P.K. Holmes
HONORABLE P.K. HOLMES III
CHIEF UNITED STATES DISTRICT JUDGE